# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-08-00654-CV

**Jose Resendez, Appellant**

**v.**

**Adnan Awad, Individually and d/b/a Beverage Barn; and Doreid Awad, Individually and d/b/a Beverage Barn, Appellees**

### FROM THE DISTRICT COURT OF BASTROP COUNTY, 335th JUDICIAL DISTRICT NO. 26,261, HONORABLE REVA TOWSLEE-CORBETT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On December 12, 2008, on appellant Jose Resendez's unopposed motion, we abated this appeal and remanded the proceedings to the district court to enable the parties to effectuate a settlement agreement. On August 5, 2009, the parties filed a joint motion to reinstate and dismiss this appeal, indicating they have finalized the settlement. We grant the motion. We reinstate and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(2)(A).

Bob Pemberton, Justice

Before Chief Justice Law, Justices Puryear and Pemberton;
    Chief Justice Law Not Participating

Dismissed on Joint Motion

Filed:   August 12, 2009